**STATE of Missouri, Respondent,**

v.

**Michael PEARSON, Appellant.**

No. WD 53457.

Missouri Court of Appeals,
Western District.

June 24, 1997.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Appellant was found guilty by a jury of second degree robbery. He claims plain error resulted from the trial court's failure to

give an instruction on a lesser offense, felony stealing. Judgment affirmed. Rule 30.25(b).